AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| Daniel E. Musso, Sr. | ) Case No. 16-mj-8-01-AJ |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 27, 2016 in the county of Rockingham in the District of New Hampshire, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §5861(d) | Receipt and possession of an unregistered firearm. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Philip M. Christiana
*Complainant's signature*

Philip M. Christiana, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/27/2016

/s/ Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*