UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | No. 1:16-cr- 33-01-JD |
| ) | |
| DANIEL E. MUSSO, Sr.    ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

## COUNT TWO
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

## COUNT THREE
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

## COUNT FOUR
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF CRIMINAL FIREARMS FORFEITURE PURSUANT TO 18 U.S.C. § 924(d) AND 28 U.S.C. § 2461(c)

The allegations of Counts One through Four of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d).

Upon conviction of the offenses alleged in Counts One through Four of this Indictment, defendant Daniel E. Musso, Sr. shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), all firearms involved in the commission of the offenses, including, but not limited to, the firearms listed above in Counts One through Four.

All in violation of Title 18 U.S.C. § 924(d); 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL

Date: February 24, 2016

/s/ Grand Jury Foreperson
Grand Jury Foreperson

EMILY GRAY RICE
United States Attorney

/s/ Mark S. Zuckerman
Mark S. Zuckerman
Assistant United States Attorney