AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2016 FEB 25  AM 10 59

United States of America
v.
Daniel E. Musso, Sr.

Defendant

) ) ) ) ) )

Case No. 16-cr-33-01-JD

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2016 MAR 11 P 1:36

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Daniel E. Musso, Sr.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Receiving and Unregistered Firearm

Date: 2/25/2016

_Kathy DuPont_
Issuing officer's signature

City and state: Concord, New Hampshire

_Kathy DuPont, Deputy Clerk_
Printed name and title

---

**Return**

This warrant was received on *(date)* 2/25/16, and the person was arrested on *(date)* 3/11/16
at *(city and state)* Concord, NH.

Date: 3/11/16

_signature_
Arresting officer's signature

CI/DUSM Joe Vetanzo  #30171
Printed name and title