UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 16-cr-33-JD |
| | ) | |
| DANIEL E. MUSSO, Sr. | ) | |

_____

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United

States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National

Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT TWO
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT THREE

[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT FOUR
[26 U.S.C. § 5861(d) – Receiving An Unregistered Firearm]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

knowingly received and possessed a grenade, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and (f)(1)(B), that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

The Grand Jury charges further:

COUNT FIVE
[18 U.S.C. § 842(a)(3)(A) – Receiving Explosive Materials]

On or about January 27, 2016, in the District of New Hampshire, the defendant,

Daniel E. Musso, Sr.,

who was not a licensee or permittee, knowingly received explosive materials, namely,

approximately 26 ounces of Composition B high explosive, contained within four grenades.

All in violation of Title 18, United States Code, Section 842(a)(3)(A).

A TRUE BILL

Date: July 12, 2017                          /s/ Grand Jury Foreperson
                                             Grand Jury Foreperson

JOHN J. FARLEY
Acting United States Attorney

/s/ John S. Davis
John S. Davis
Assistant United States Attorney

- 5 -