AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH
2017 JUL 13 AM 7 20

2018 MAY 31 P
U.S. DISTRICT OF NH
FILED

| | |
|---|---|
| United States of America<br>v.<br>Daniel E. Musso, Sr.<br><br>_____<br>*Defendant* | )<br>)  Case No.  16-cr-33-JD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel E. Musso, Sr.                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☑ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Receiving Unregistered Firearms and Receiving Explosive Materials

Date: 7/12/2017

_____
*Issuing officer's signature*

City and state:  Concord, New Hampshire

Jennifer Sellers, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  07/13/17  , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date:  05/30/18

_____
*Arresting officer's signature*

_____
*Printed name and title*

***RETURNED UNEXECUTED***SUBJECT ARRAIGNED 07/27/17***