# United States Court of Appeals
## For the First Circuit

—————————————

No. 18-1282

UNITED STATES

Appellee

v.

DANIEL E. MUSSO, SR.

Defendant - Appellant

—————————————

**JUDGMENT**

Entered: July 25, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:    John Staige Davis
       Seth R. Aframe
       Matthew Hunter
       Penny Sue Dean
       Daniel E. Musso, Sr.