# United States Court of Appeals
## For the First Circuit

No. 18-1260

UNITED STATES,

Appellant,

v.

DANIEL E. MUSSO, SR.,

Defendant, Appellee.

**JUDGMENT**

Entered: January 25, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the four counts against Daniel E. Musso, Sr., is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.


By the Court:

Maria R. Hamilton, Clerk


cc:
Hon. Joseph A. DiClerico
Daniel Lynch, Clerk, United States District Court for the District of New Hampshire
Penny Sue Dean
John Staige Davis
Seth R. Aframe
Matthew Hunter