UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> DANIEL E. MUSSO : <br> : | Docket No.: 1:16-CR-33-JL |

### DEFENDANT'S WITNESS LIST

Defendant Daniel E. Musso, by his attorneys, respectfully submits the within Witness List.

The Defendant may present the following witnesses at trial:

1. David Musso
   Raymond, NH

2. Daniel Musso
   Brentwood, NH

3. Keith LaCroix
   Fremont, NH

4. Michael Kinney
   Raymond, NH

5. Lee LeBlanc
   Londonderry, NH

6. Angela Greenwood
   Concord, NH

7. Witnesses identified by the Government

Defendant reserves the right to amend this list of witnesses upon notice to the parties.

        Respectfully submitted,

        DANIEL E. MUSSO

        By his attorneys,

        PRETI FLAHERTY PLLP

Date: August 3, 2020    By: /s/ *Simon R. Brown*
        Simon R. Brown, NH Bar #9279
        P.O. Box 1318
        Concord, NH 03302-1318
        (603) 410-1555
        sbrown@preti.com

## **CERTIFICATE OF SERVICE**

  I hereby certify this 3rd day of August 2020 copies of the foregoing *Witness List* have been forwarded to all parties of record electronically via ECF.

        /s/ *Simon R. Brown*
        Simon R. Brown, NH Bar #9279

15862313.1