U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 14 2020

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
                         )
            v.           )        Case No. 16-CR-00033-JL
                         )
DANIEL E. MUSSO, Sr.     )
        Defendant        )
_____  )

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by Scott W. Murray, United States Attorney for the

District of New Hampshire, through his assistants, John S. Davis and Matthew T. Hunter, hereby

submits the Government's Exhibit List.   The government may use in its case-in-chief the

following exhibits:

**Physical Exhibits:**

| | | | |
|---|---|---|---|
| 8/10 | 1 | (ID) | Grenade & Fuse |
| 8/10 | 2 | (ID) | Grenade & Fuse |
| 8/10 | 3 | (ID) | Grenade & Fuse |
| 8/10 | 3a | (ID) | Fuse only |
| | | | |
| 8/10 | 4 | (ID) | Ammunition – 7mm Mag (7mm Remington Magnum) |
| | 5 | (ID) | Ammunition – .22 Mag (.22 Winchester Magnum Rimfire) |
| | 6 | (ID) | Ammunition – .22 Long (.22 Long Rifle) |
| 8/10 | 7 | (ID) | Ammunition – .30-06 |
| | 8 | (ID) | Ammunition – 9mm Auto (9mm Luger) |
| | 9 | (ID) | Ammunition – .45 Auto (.45 ACP) |
| 8/10 | 10 | (ID) | Ammunition – 7.62 x 54R (7.62 x 54mmR) |
| | 11 | (ID) | Ammunition – .44 Mag (.44 Remington Magnum) |
| | 12 | (ID) | Ammunition – .357 (.357 Magnum) |
| | 13 | (ID) | Ammunition – .50 Cal (.50 Caliber Sabot) |

**100 Series:    Documents from Defendant**

| | | | | |
|---|---|---|---|---|
| 8/10 | 101 | (ID) | Handwritten list from July 2015 | 02855 |
| 8/10 | 102 | (ID) | Handwritten list from Dec 2015 | 00105-00106 |

| | | | |
|---|---|---|---|
| 103A | | Handwritten list located during search | 02828 |
| 103B | | Second handwritten list located during search | 02828.03-04 |
| | | | |
| 104 | (ID) | Handwritten list from July 2015 with highlighted sections | 00895 |
| 105 | (ID) | Handwritten email address "dmussosr@comcast.net" | 02835 |
| 106 | (ID) | Handwritten list of 9mm guns | 02830 |
| 107 | | Handwritten note "North 95 Ext." | 02829 |
| 108 | | Handwritten list of ammunition | |

**200 Series:     Recordings and Transcripts**

| | | | |
|---|---|---|---|
| 201A | | 12/12/2015 | Video (full) – Defendant and CHS meet |
| 201B | (ID) | 12/12/2015 | Video (clip) – Defendant and CHS meet |
| 201C | (ID) | 12/12/2015 | Transcript (clip) – Defendant and CHS meet |
| | | | |
| 202A | (ID) | 01/15/2016 | Video (full) – Defendant and CHS meet |
| 202B | (ID) | 01/15/2016 | Video (clip) – Defendant and CHS meet |
| 202C | (ID) | 01/15/2016 | Transcript (clip) – Defendant and CHS meet |
| | | | |
| 203A | (ID) | 01/22/2016 | Video (full) – Defendant and UC meet *(fixed camera)* |
| 203B | (ID) | 01/22/2016 | Video (clip) – Defendant and UC meet *(fixed camera)* |
| 203C | (ID) | 01/22/2016 | Transcript (clip) – Defendant and UC meet *(fixed camera)* |
| | | | |
| 204A | (ID) | 01/22/2016 | Video (full) – Defendant and UC meet *(UC body camera)* |
| 204B | (ID) | 01/22/2016 | Video (clip) – Defendant and UC meet *(UC body camera)* |
| 204C | (ID) | 01/22/2016 | Transcript (clip) – Defendant and UC meet *(UC body camera)* |
| | | | |
| 205A | (ID) | 01/27/2016 | Video (full) w/out audio – Defendant and UC in parking lot |
| 205B | (ID) | 01/27/2016 | Audio (full) – Defendant and UC in parking lot |
| 205C | (ID) | 01/27/2016 | Video (clip) *synced w/audio* – Defendant and UC in parking lot |
| 205D | (ID) | 01/27/2016 | Transcript (clip) – Defendant and UC in parking lot |
| | | | |
| 206A | (ID) | 01/27/2016 | Video (full) – Defendant Post Arrest Interview |
| 206B | | 01/27/2016 | Video (redacted clip) – Defendant Post Arrest Interview |
| 206C | (ID) | 01/27/2016 | Transcript (redacted clip ) – Defendant Post Arrest Interview |
| | | | |
| 207 | (ID) | 07/30/2020 | Video (full) – Grenade Detonation |

**300 Series:     Email**

| | | | |
|---|---|---|---|
| 301 | (ID) | Email 07/25/2015 @ 4:22 PM – Defendant to CHS | 01466 |
| 302 | (ID) | Email 09/30/2015 @ 5:33 PM – Defendant to CHS | 00104 |

| | | | | |
|---|---|---|---|---|
| 303 | (ID) | Email 10/06/2015 @ 4:34 PM – Defendant to CHS | 00103 | |
| 304 | (ID) | Email 10/07/2015 @ 7:02 PM fwd –Defendant to CHS | 01463 | |
| 305 | (ID) | Email 10/18/2015 @ 8:42 PM – Defendant to CHS | 00099 | |
| 306 | (ID) | Email 10/19/2015 @ 5:21 AM – Defendant to CHS | 01462 | |
| 307 | (ID) | Email 10/24/2015 @ 6:04 PM – Defendant to CHS | 01461 | |
| 308 | (ID) | Email 10/25/2015 @ 6:26 AM – Defendant to CHS | 01460 | |
| 309 | (ID) | Email 11/05/2015 @ 5:56 PM – Defendant to CHS | 01459 | |
| 310 | (ID) | Email 11/06/2015 @ 2:34 PM – Defendant to CHS | 01457-01458 | |
| 311 | (ID) | Email 11/09/2015 @11:45 AM – Defendant to CHS | 01456 | |
| 312 | (ID) | Email 11/17/2015 @ 5:52 AM – Defendant to CHS | 01455 | |
| 313 | (ID) | Email 11/18/2015 @ 7:00 PM – Defendant to CHS | 00094-00095 | |
| 314 | (ID) | Email 01/06/2016 @ 8:18 AM – Defendant to CHS | 01454 | |
| 315 | (ID) | Email 01/12/2016 @ 8:27 AM – Defendant to CHS | 01453 | |
| 316 | (ID) | Email 01/21/2016 @ 5:54 AM – Defendant to CHS | 00092 | |
| 317 | (ID) | Email 01/23/2016 @ 4:23 PM – Defendant to CHS | 01451 | |
| 318 | (ID) | Email 01/25/2016 @ 9:38 PM – UC and Defendant | 00227 | |
| 319 | (ID) | Email 01/27/2016 @ 6:08 AM – Defendant to CHS | 01452 | |

**400 Series:    Photographs**

| | | | |
|---|---|---|---|
| 401 | (ID) | 01/22/2016 – Grenade photo shown to Defendant | 00221 |
| 402 | (ID) | 01/22/2016 – Grenade photo shown to Defendant | 00222 |
| 403 | (ID) | 01/22/2016 – Grenade photo shown to Defendant | 00223 |
| 404 | (ID) | 01/22/2016 – Grenade photo shown to Defendant | 00224 |
| | | | |
| 405 | (ID) | 01/27/2016 –Olive Garden Bag, exterior | 00638 |
| 406 | (ID) | 01/27/2016 –Olive Garden Bag, interior | 00639 |
| 407 | (ID) | 01/27/2016 –Olive Garden Bag, interior | 00640 |
| 408 | (ID) | 01/27/2016 –Olive Garden Bag, 4 canisters | 00641 |
| | | | |
| 409A | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00596 |
| 409B | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00597 |
| 409C | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00605 |
| 409D | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00606 |
| 409E | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00612 |
| 409F | | 01/27/2016 – Photo_Grenade meet between UC & Def | 00616 |
| | | | |
| 410A | | 01/27/2016 – Photo_Defendant carrying Olive Garden Bag | 00617 |
| 410B | | 01/27/2016 – Photo_Defendant carrying Olive Garden Bag | 00618 |
| 410C | | 01/27/2016 – Photo_Defendant carrying Olive Garden Bag | 00619 |
| 410D | | 01/27/2016 – Photo_Defendant carrying Olive Garden Bag | 00622 |
| | | | |
| 411 | (ID) | *Intentionally Left Blank* | 00233 |

| | | | | |
|---|---|---|---|---|
| | 412 | (ID) | *Intentionally Left Blank* | 00687 |
| | | | | |
| 8/10 | 413 | (ID) | Photo_Plastic Grenade located during search | 00494 |
| | | | | |
| 8/10 | 414A | (ID) | Photo_Plastic Grenade – close up | 02832 |
| 8/10 | 414B | (ID) | Photo_Plastic Grenade – close up of pin | 02833 |
| 8/10 | 414C | (ID) | Photo_Plastic Grenade – close up of pin | 02834 |
| | | | | |
| | 415A | | *Intentionally Left Blank* | |
| | 415B | | *Intentionally Left Blank* | |
| | 415C | | Photo_Grenade before detonation on 7/30/2020 | 02854.11 |
| 8/12 | 415D | (ID) | Photo_Barrel interior after detonation on 7/30/2020 | 02854.24 |
| 8/12 | 415E | (ID) | Photo_Barrel exterior after detonation on 7/30/2020 | 02854.27 |
| 8/12 | 415F | (ID) | Photo_Barrel exterior close up after detonation on 7/30/2020 | 02854.28 |
| | | | | |
| 8/10 | 416A | (ID) | Photo of Grenade – 4 closed containers measured | 00628 |
| 8/10 | 416B | (ID) | Photo of Grenade – 4 opened containers measured | 00629 |
| 8/10 | 416C | (ID) | Photo of Grenade – 1 opened container measured, interior view | 00630 |
| 8/10 | 416D | (ID) | Photo of Grenade – 4 grenades removed from containers measured | 00634 |
| 8/10 | 416E | (ID) | Photo of Grenade – closeup view of measured grenades 1 & 2 | 00635 |
| 8/10 | 416F | (ID) | Photo of Grenade – closeup view of measured grenades 3 & 4 | 00636 |
| | | | | |
| 8/10 | 417A | (ID) | Photo – Olive Garden bag seized from Defendant after arrest | 00671 |
| 8/10 | 417B | (ID) | Photo – 4 canisters inside Olive Garden bag | 00672 |
| 8/10 | 417C | (ID) | Photo – 4 uncovered canisters inside Olive Garden bag | 00674 |
| 8/10 | 417D | (ID) | Photo – 4 Grenades removed from canisters | 00679 |
| | | | | |
| | 418 | (ID) | Photo – CHS Grenades from shop safe | |
| | 419 | | Photo – Forensic analysis of Grenades | |

## 500 Series:  Certified Records

| | | |
|---|---|---|
| 501 | ATF Record Search Certification of Sandra Snook | 01681-01683 |
| 502 | ATF Record Search Certification of Kimberly Rowland | 01686-01687 |
| 503 | FLS Search Certification of Melissa Alexander-Coleman | 01684-01685 |

The government reserves the right to amend this exhibit list.


Dated:   August 12, 2020                          Respectfully submitted,

                                                  SCOTT W. MURRAY
                                                  United States Attorney


                                       By:        John S. Davis, NH Bar No. 592
                                                  Assistant U.S. Attorney
                                                  53 Pleasant Street, 4th Floor
                                                  Concord, N.H. 03301
                                                  (603) 225-1552
                                                  *John.Davis8@usdoj.gov*


                                       By:        Matthew T. Hunter, MA Bar No. 682921
                                                  Assistant U.S. Attorney
                                                  53 Pleasant Street, 4th Floor
                                                  Concord, N.H. 03301
                                                  (603) 225-1552
                                                  *Matthew.Hunter@usdoj.gov*