U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 14 2020

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No.: 1:16-CR-33-JL |
| DANIEL E. MUSSO | |

## DEFENDANT'S THIRD PROPOSED EXHIBIT LIST

Defendant Daniel E. Musso, by his attorneys, respectfully submits the within Exhibit List.

The Defendant expects to present the following exhibits at trial:



| A Series: | | Government Documents concerning Milton Abrams | |
|---|---|---|---|
| A-1 | | CHS Admonishments 02/27/12 | 01826-01827 |
| A-2 | | CHS Admonishments 02/28/13 | 01828-01829 |
| A-3 | | CHS Admonishments signed by M. Abrams (2013) | 01847-01851 |
| A-4 | | CHS Admonishments 03/17/14 | 01830-01831 |
| A-5 | | CHS Admonishments 03/13/15 | 01832-01833; |
| A-6 | | CHS Admonishments signed by M. Abrams (2015) | 01842-01846 |
| A-7 | (ID) | Revocation 12/11/15 | 01852-01853 |
| A-8 | | CHS Admonishments 03/07/16 | 01834-01835 |
| A-9 | | CHS Admonishments 03/09/17 | 01836-01837 |
| A-10 | | CHS Admonishments 02/22/18 | 01838-01839 |
| A-11 | | CHS Admonishments 03/05/19 | 01840-01841 |
| A-12 | (ID) | Firearms Inspection Report 2015 | 01703-01711 |
| A-13 | (ID) | ATF Warning Letter 10/20/15 | 01712-01713 |
| B Series: | | Other documents reflecting FBI relationship with Milton Abrams and payments made to him | |
| B-1 | | Giglio Disclosure letter re: payments to Abrams 12/08/17 | |
| B-2 | | FBI Payment Request/Receipts 01-02/2013 ($400.00) | 01867-01869 |
| B-3 | | FBI Payment Request/Receipts 02/2013 ($300.00) | 01873-01879 |
| B-4 | | FBI Payment Request/Receipts 04/2013 ($400.00) | 01884-01886 |
| B-5 | | FBI Payment Request/Receipts 07/2013 ($300.00) | 01793-01796; 01902-01904 |
| B-6 | | FBI Payment Request/Receipts 08/2013 ($800.00) | 01911-01914 |

1

15935672.1

| | | | | |
|---|---|---|---|---|
| 8/10 | B-7 | (ID) | FBI Payment Request/Receipt 03/2015 ($5,000.00) | 01938-01939; 01942 |
| 8/10 | B-8 | (ID) | FBI Payment Request/Receipt 01/2016 ($5,000.00) | 01944-01946 |
| | B-9 | (ID) | Email string re: CHS 04/07/15 – 4/30/15 | 01859-01866 |
| 8/11 | B-10 | (ID) | FBI Field Office Annual Source Report | 01825 |
| | | | | |
| | C Series: | | **Milton Abrams-FBI communications** | |
| | C-1 | (ID) | Text messages from CHS phone 08/14/15 – 04/20/17 | 00935-00938 |
| | C-2 | (ID) | FBI report (11/15/16) re: David Musso visit to Charlie Company Army Navy on 10/14/16 | 01289-01290 |
| | | | | |
| | D Series: | | **Documents signed by Defendant following the 01/27/16 arrest** | |
| | D-1 | | Advice of Rights 01/27/16 | 00327 |
| | D-2 | | Consent to Search 71 Main Street (upstairs), East Kingston, NH  01/27/16 | 00328 |
| | D-3 | | Consent to Search 149 Crawley Falls Road, Brentwood, NH  01/27/16 | 00329 |
| | D-4 | (ID) | Consent to Search 2006 Toyota Scion  01/27/16 | 00330 |
| | D-5 | | Consent to Search Apple MacBook Pro 01/27/16 | 00331 |
| | D-6 | | Consent to Search Samsung cell phone 01/27/16 | 00332 |
| | | | | |
| | E Series: | | **Photographs** | |
| | E-1 | | Photo of 149 Crawley Falls Road, Brentwood | 00434 |
| | E-2 | | Photo of 149 Crawley Falls Road, Brentwood | 00437 |
| | E-3 | | Photo of 149 Crawley Falls Road, Brentwood | 00442 |
| | E-4 | | Photo of 149 Crawley Falls Road, Brentwood | 00451 |
| | E-5 | | Photo of 149 Crawley Falls Road, Brentwood | 00452 |
| | E-6 | | Photo of 149 Crawley Falls Road, Brentwood | 00453 |
| | E-7 | | Photo of 149 Crawley Falls Road, Brentwood | 00530 |
| | E-8 | | Photo of 149 Crawley Falls Road, Brentwood | 00537 |
| | E-9 | | Photo of 71 Main Street, East Kingston | |
| | E-10 | | Photo of 71 Main Street, East Kingston | |
| | E-11 | | Photo of 71 Main Street, East Kingston | |
| | E-12 | | Photo of 71 Main Street, East Kingston | |
| | E-13 | | Photo of 71 Main Street, East Kingston | |
| | E-14 | | Photo of 71 Main Street, East Kingston | |
| | E-15 | | Photo of 71 Main Street, East Kingston | |
| | E-16 | | Photo of 71 Main Street, East Kingston | |
| | E-17 | | Photo of 71 Main Street, East Kingston | |

15935672.1

|  | F Series: |  | **Chain of Custody-related documents** |  |
|---|---|---|---|---|
|  | F-1 |  | FBI Explosives Unit Ammunition Support Request 11/03/15 | 02474 |
|  | F-2 |  | Issue Release/Receipt Document 11/03/15 | 02475 |
|  | F-3 |  | FBI Laboratory Substitution Transaction Record 11/04/15 | 02501 |
|  | F-4 |  | FBI document regarding grenades chain of custody 01/27/16-01/23/20 | 02837-02837.02 |
|  | F-5 |  | FBI search/chain of custody documents 01/27/16 – 02/04/16 | 00790-00807 |
| 8/10 | F-6 | (ID) | FBI Evidence Chain of Custody documents – grenade 01/27/16 | 00932-00934 |
|  | F-7 | (ID) | FBI Laboratory Report by McCrady in Explosives Unit 12/05/17 | 01467-01472 |
|  | F-8 |  | FBI Report re: grenade transport 01/09/18 | 01721 |
|  | F-9 |  | FBI Report re: grenade transport 03/22/18 | 01824 |
|  | F-10 |  | FBI Report attaching Declaration of Brian P. LeBlanc 02/08/18 | 01722-01727 |
|  | F-11 |  | FBI Laboratory Evidence Submitted Receipt 03/17/19 | 02866 |
|  | F-12 |  | FBI Laboratory Evidence Return Receipt 03/23/19 | 02866.02 |
|  |  |  |  |  |
|  | G Series: |  | **Recordings and Transcripts** |  |
|  | G-1 | (ID) | Video (full) – Defendant and CHS meet 01/15/16 |  |
|  | G-2 | (ID) | Transcript of Audio – CHS Meeting 01/15/16 |  |
|  | G-3 | (ID) | Transcript of Audio – CHS Meeting – Slightly Different 01/15/16 |  |
|  | G-4 |  | Video (full) - Aerial Surveillance 01/27/16 |  |
|  | G-5 |  | Video (partial) – Aerial Surveillance 01/27/16 |  |
| 8/12 | G-6 | (ID) | Video - Seabrook Rest Area Footage 08/06/20 |  |
|  |  |  |  |  |
|  | H Series: |  | **Defendant Medical Records** |  |
|  | H-1 |  | Daniel Musso's Medical Records – Professional Audiology Center (2013) |  |
|  | H-2 | (ID) | Daniel Musso's Medical Records – Strafford County House of Corrections |  |
|  |  |  |  |  |
|  | I Series: |  | **Miscellaneous** |  |
|  | I-1 | (ID) | Criminal Complaint and Agent P. Christiana Affidavit 01/27/16 | 00258-00265 |
|  | I-2 | (ID) | Handwritten Notes | 00105-00108 |
| 8/10 | I-3 | (ID) | Charlie Company Order Form 11/07/15 |  |

15935672.1

| I-4 | (ID) | Wildlife Control Operator License Issued to Daniel Musso 6/5/20 | |

Defendant reserves the right to amend this list of exhibits upon notice to the parties.

Respectfully submitted,

DANIEL E. MUSSO

By his attorneys,

PRETI FLAHERTY PLLP

Date: August 12, 2020     By: _____
Simon R. Brown, NH Bar #9279
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1555
sbrown@preti.com

## CERTIFICATE OF SERVICE

I hereby certify this 12th day of August 2020 copies of the foregoing *Exhibit List* have been forwarded to all parties of record electronically via email.

_____
Simon R. Brown, NH Bar #9279

15935672.1