United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
AUG 14 2020
FILED

USA

Plaintiff(s),

v.

Daniel Musso

Defendant(s).

Case No. 16cr33-01-JL

### Certification of Exhibits Submitted for Presentation Using the Jury Evidence Recording System (JERS)

The undersigned attorney(s) hereby certify that the exhibits provided to the court in electronic format prior to trial are exact replicas of the exhibits ultimately admitted into evidence and, to the extent I modified any admitted exhibit after it had been initially submitted to the court in electronic format, I have provided a modified electronic copy of that exhibit to opposing counsel and to the court for uploading into the JERS presentation system.

| For the Plaintiff(s), | | For the Defendant(s), | |
|---|---|---|---|
| Signature | 8/14/2020 Date | Signature | 08/14/20 Date |
| Signature | 8/14/2020 Date | Signature | 8/14/2020 Date |
| Signature | Date | Signature | Date |
| Signature | Date | Signature | Date |
| Signature | Date | Signature | Date |

USDCNH-72 (09/30/11)