United States District Court

Exhibits Log: 16cr33-01-JL USA v. Daniel Musso

| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Gov-1 | Grenade_Notice of Physical Exhibit | Yes |
| Gov-2 | Grenade_Notice of Physical Exhibit | Yes |
| Gov-3 | Grenade_Notice of Physical Exhibit | Yes |
| Gov-3-A | Fuse_Notice of Physical Exhibit | Yes |
| Gov-4 | Ammunition_Notice of Physical Exhibit | Yes |
| Gov-7 | Ammunition_Notice of Physical Exhibit | Yes |
| Gov-10 | Ammunition_Notice of Physical Exhibit | Yes |
| Gov-101 | Handwritten List from July 2015 | Yes |
| Gov-102 | Handwritten List from Dec 2015_2 pages | Yes |
| Gov-103-A | Handwritten List from search | Yes |
| Gov-103-B | Second Handwritten List from search | Yes |
| Gov-104 | Handwritten List with highlights | Yes |
| Gov-105 | Handwritten Note_Email Address | Yes |
| Gov-106 | Handwritten List_9mm guns | Yes |
| Gov-107 | Handwritten Note_North 95 | Yes |
| Gov-108 | List | Yes |
| Gov-201-A | Video Full_2015.12.12 CHS & Def | Yes |
| Gov-201-B | Video Clip_2015.12.12 CHS & Def | Yes |
| Gov-202-B | Video Clip_2016-01-15 CHS & Def | Yes |
| Gov-204-B | Video_Clip_2016.01.22 UC & Def_Body Camera | Yes |
| Gov-205-C | Video Clip_synced with audio_01.27.2016 UC & Def in Parking Lot | Yes |
| Gov-206-B | Video Clip REDACTED_2016.01.27 Def Post Arrest Interview Redacted | Yes |
| Gov-207 | ID_Video_Grenade Explosion on 7.30.2020_NO AUDIO | Yes |
| Gov-301 | Email_2015.07.25 | Yes |
| Gov-302 | Email_2015.09.30 | Yes |
| Gov-303 | Email_2015.10.06 | Yes |
| Gov-304 | Email 2015.10.07 | Yes |
| Gov-308 | Email 2015.10.25 | Yes |
| Gov-309 | Email 2015.11.05 | Yes |
| Gov-310 | Email 2015.11.06 | Yes |
| Gov-311 | Email 2015.11.09 | Yes |
| Gov-312 | Email 2015.11.17 | Yes |
| Gov-313 | Email 2015.11.18 | Yes |
| Gov-314 | Email 2016.01.06 | Yes |
| Gov-315 | Email 2016.01.12 | Yes |
| Gov-316 | Email 2016.01.21 | Yes |
| Gov-317 | Email 2016.01.23 | Yes |
| Gov-318 | Email 2016.01.25 | Yes |
| Gov-401 | Photo_Grenade picture shown to Def | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-402 | Photo_Grenade picture shown to Def | Yes |
| Gov-403 | Photo_Grenade picture shown to Def | Yes |
| Gov-404 | Photo_Grenade picture shown to Def | Yes |
| Gov-405 | Photo_Grenade packaging_Olive Garden Bag, exterior | Yes |
| Gov-406 | Photo_Grenade packaging_Olive Garden Bag, interior | Yes |
| Gov-407 | Photo_Grenade packaging_Olive Garden Bag, interior | Yes |
| Gov-408 | Photo_Grenade packaging_Olive Garden Bag, 4 canisters | Yes |
| Gov-409-A | Photo_Grenade transfer Def & UC | Yes |
| Gov-409-B | Photo_Grenade transfer Def and UC | Yes |
| Gov-409-C | Photo_Grenade transfer Def and UC | Yes |
| Gov-409-D | Photo_Grenade transfer Def and UC | Yes |
| Gov-409-E | Photo_Grenade transfer Def and UC | Yes |
| Gov-409-F | Photo_Grenade transfer Def and UC | Yes |
| Gov-410-A | Photo_Def with Olive Garden Bag | Yes |
| Gov-410-B | Photo_Def with Olive Garden Bag | Yes |
| Gov-410-C | Photo_Def with Olive Garden Bag | Yes |
| Gov-410-D | Photo_Def with Olive Garden Bag | Yes |
| Gov-413 | Photo_Plastic Grenade found at search | Yes |
| Gov-414-A | Photo_Plastic Grenade closeup | Yes |
| Gov-414-B | Photo_Plastic Grenade closeup of pin | Yes |
| Gov-414-C | Photo_Plastic Grenade closeup | Yes |
| Gov-415-C | Grenade photo before detonation | Yes |
| Gov-415-D | Photo_Grenade_barrel interior after detonation | Yes |
| Gov-415-E | Photo_Grenade_barrel exterior after detonation | Yes |
| Gov-415-F | Photo_Grenade_barrel ext closeup after detonation | Yes |
| Gov-416-A | Photo_Grenade_4 closed containers measured | Yes |
| Gov-416-B | Photo_Grenade_4 opened containers measured | Yes |
| Gov-416-C | Photo_Grenade_1 opened container interior view measured | Yes |
| Gov-416-D | Photo_Grenade_4 grenades removed from containers measured | Yes |
| Gov-416-E | Photo_Grenade_closeup view of measured grenades 1 & 2 | Yes |
| Gov-416-F | Photo_Grenade_closeup view of measured grenades 3 & 4 | Yes |
| Gov-417-A | Photo_Olive Garden Bag | Yes |
| Gov-417-B | Photo_4 canisters inside Olive Garden Bag | Yes |
| Gov-417-C | Photo_4 uncovered canisters inside Olive Garden Bag | Yes |
| Gov-417-D | Photo_4 Grenades measured on ground | Yes |
| Gov-419 | Items 1, 2, 3, 4 | Yes |
| Gov-501 | Record Certification_ATF Sandra Snook | Yes |
| Gov-502 | Record Certification_ATF Kimberely Rowland | Yes |
| Gov-503 | Record Certification_ATF Melissa Coleman | Yes |
| Def-A-1 | CHS Admonishments 02 27 12 | Yes |
| Def-A-10 | CHS Admonishments 02 22 18 | Yes |
| Def-A-11 | CHS Admonishments 03 05 19 | Yes |
| Def-A-12 | Firearms Inspection Report 2015 | Yes |
| Def-A-13 | ATF Warning Letter 10 20 15 | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-A-2 | CHS Admonishments 02 28 13 | Yes |
| Def-A-3 | CHS Admonishments Signed by M Abrams 2013 | Yes |
| Def-A-4 | CHS Admonishments 03 17 14 | Yes |
| Def-A-5 | CHS Admonishments 03 13 15 | Yes |
| Def-A-6 | CHS Admonishments Signed by M Abrams 2015 | Yes |
| Def-A-8 | CHS Admonishments 03 07 16 | Yes |
| Def-A-9 | CHS Admonishments 03 09 17 | Yes |
| Def-B-1 | Giglio Disclosure Letter re Payments to Abrams 12 08 17 | Yes |
| Def-B-10 | FBI Field Office Annual Source Report | Yes |
| Def-B-2 | FBI Payment Request and Receipts 01-02 2013 | Yes |
| Def-B-3 | FBI Payment Request and Receipts 02 2013 | Yes |
| Def-B-4 | FBI Payment Request and Receipts 04 2013 | Yes |
| Def-B-5 | FBI Payment Request and Receipts 07 2013 | Yes |
| Def-B-6 | FBI Payment Request and Receipts 08 2013 | Yes |
| Def-B-7 | FBI Payment Request and Receipt 03 2015 | Yes |
| Def-B-8 | FBI Payment Request and Receipt 01 2016 | Yes |
| Def-D-1 | Advice of Rights 01 27 16 | Yes |
| Def-D-2 | Consent to Search 71 Main Street Upstairs East Kingston NH 01 27 16 | Yes |
| Def-D-3 | Consent to Search 149 Crawley Falls Road Brentwood NH 01 27 16 | Yes |
| Def-D-5 | Consent to Search Apple Macbook Pro 01 27 16 | Yes |
| Def-D-6 | Consent to Search Samsung Cell Phone 01 27 16 | Yes |
| Def-E-1 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-10 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-11 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-12 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-13 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-14 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-15 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-16 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-17 | Photo of 71 Main Street East Kingston | Yes |
| Def-E-2 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-3 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-4 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-5 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-6 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-7 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-8 | Photo of 149 Crawley Falls Road Brentwood | Yes |
| Def-E-9 | Photo of 71 Main Street East Kingston | Yes |
| Def-F-1 | FBI Ammunition Support Request 11 03 15 | Yes |
| Def-F-10 | FBI Report Attaching Declaration of Brian P LeBlanc 02 08 18 | Yes |
| Def-F-11 | FBI Laboratory Evidence Submitted Receipt 03 17 19 | Yes |
| Def-F-12 | FBI Laboratory Evidence Return Receipt 03 23 19 | Yes |
| Def-F-2 | Issue Release Receipt Document 11 03 15 | Yes |
| Def-F-3 | FBI Laboratory Substitution Transaction Record 11 04 15 | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-F-4 | FBI Document re Grenades Chain of Custody 2016-2020 | Yes |
| Def-F-5 | FBI Search Chain of Custody Documents 01 27 16 - 02 04 16 | Yes |
| Def-F-6 | FBI Evidence Chain of Custody Documents - Grenade 01 27 16 | Yes |
| Def-F-8 | FBI Report re Grenade Transport 01 09 18 | Yes |
| Def-F-9 | FBI Report re GrenadeTransport 03 22 18 | Yes |
| Def-G-5 | Partial Video Aerial Surveillance 01 27 16 | Yes |
| Def-G-6 | Seabrook Rest Area Footage 08 06 20 | No |
| Def-H-1 | Daniel Musso`s Medical Records - Professional Audiology Center 2013 (1) | Yes |
| Def-I-3 | Charlie Company Order Form 11 07 15 | Yes |
| Court-1 | Court Exhibit 1 | Yes |
| Court-2 | Indictment | Yes |
| Court-3 | Final Jury Instructions | Yes |